# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

GELA MIKAVA, )
)
   Plaintiff, )
)
v. ) Case No. 4:17-cv-190-LSC-TMP
)
LORETTA LYNCH, *et al.*, )
)
   Respondents. )

## MEMORANDUM OPINION

On January 22, 2018, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. (Doc. 22). No objections have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* is due to be DENIED AND DISMISSED as MOOT. A separate final judgment will be entered.

**DONE** AND **ORDERED** ON FEBRUARY 12, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704